IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONVENTION OF STATES ACTION, <br><br> Plaintiff, <br><br> vs. <br><br> NS CONSULTING, LLC, <br><br> Defendant. | 8:22CV126 <br><br> ORDER |

Defendant's counsel, Scott Lautenbaugh, recently passed away. Given this,

**IT IS ORDERED**:

1. Defendant's deadline to submit supplemental briefing is stayed to provide Defendant time to obtain new counsel.
2. The pretrial conference and trial are canceled. They will be rescheduled later.
3. Defendant shall have substitute counsel enter a written appearance on its behalf by January 19, 2024.
4. The Clerk of Court shall mail a copy of this Order to NS Consulting, LLC, at 1905 Harney Street, Suite 224, Omaha, Nebraska 68102, as well as to Mr. Lautenbaugh's office.

Dated this 18th day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge