IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONVENTION OF STATES ACTION, | |
| Plaintiff, | 8:22CV126 |
| vs. | |
| NS CONSULTING, LLC, | ORDER OF DISMISSAL |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 71), this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge